**[Docstkcr]** [District Order Striking Creditors]

ORDERED.

**Dated: July 8, 2019**

*[Signature]*
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                    Case No. 3:19–bk–00808–JAF
                                                                                          Chapter 13
Neil Gillespie
aka Neil Joseph Gillespie

_____Debtor*_____/

### AMENDED CONDITIONAL ORDER STRIKING CREDITORS (AMENDED TO CORRECT FORM)

THIS CASE came on for consideration, without hearing, of the Schedule(s) E/F filed on July 1, 2019, [Doc. No. 90 ], containing creditors not on the original matrix. The filing fee of $31.00 required pursuant to 28 U.S.C. 1930(b) has not been paid. Accordingly, it is

***ORDERED:***

The Debtor, or counsel for the Debtor, is directed to pay the required filing fee of $31.00 within 14 days of the date of this order. In the event that the filing fee is not paid, Creditors Stephen H. Dunn, DDS, PA shall be deemed stricken. An amendment to schedules with the appropriate filing fee will be required to add the stricken creditors.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.